UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEITH MEDARIS, SR., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:19-cv-04144-JPH-MJD<br>) |
| JANE E. MAGNUS-STINSON, | )<br>)<br>) |
| Defendant. | ) |

**ORDER**

Mr. Medaris filed his complaint in the Marion Circuit Court, alleging "false arrest and the loss of the 'right to personal liberty, right to free exercise and enjoyment of freedom' related to Mr. Medaris's arrest and sentence." Dkt. 5 at 3 (quoting dkt. 1-1 at 9). The case was removed to this Court on October 8, 2019. Dkt. 1. The Court screened the complaint under 28 U.S.C. § 1915A on October 11, 2019 and dismissed it for failure to state a claim upon which relief can be granted. Dkt. 5. The Court reasoned that the complaint offered insufficient facts to state a plausible claim for relief and that absolute immunity would bar any claims. Dkt. 5 at 4–5. Mr. Medaris was ordered to show cause by November 11, 2019 why judgment consistent with that order should not issue. Dkt. 5 at 6.

None of Mr. Medaris's filings since that time address the reasons why his complaint was dismissed. *See* dkts. 7, 8, 9, 10, 11. He provides no additional facts relevant to the claims in the complaint. *See id.* And he does not address the issue of absolute immunity. *See id.* Instead, he appears to question the

1

Marion County Superior Court Criminal Division's jurisdiction over him as a "Secured Party/Sovereign Man." Dkt. 10 at 2, 23–24, 28–30, 35–36, 44. Those allegations, however, do not state a claim for relief. *See Bey v. Indiana*, 847 F.3d 559, 560–61 (7th Cir. 2017) (noting that the Seventh Circuit has "repeatedly rejected such claims").

Final judgment is therefore appropriate and shall issue by separate entry. Defendant's motion to stay, dkt. [4], and Mr. Medaris's motion to dismiss for lack of jurisdiction, dkt. [10], are **DENED as moot**.

**SO ORDERED.**

Date: 11/18/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KEITH MEDARIS, SR.
891263
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov